AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:11-MJ-0006-LRL |
| MAURICE QUENTIN COX | ) | |
| | ) | |
| *Defendant* | ) | |

FILED
JAN 13 2011
UNITED STATES DISTRICT MAGISTRATE JUDGE OF NEVADA
BY_____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: U.S. District Court<br>333 Las Vegas Blvd. South<br>Las Vegas, NV  89101 | Courtroom No.:  COURTROOM 3A |
|---|---|
| | Date and Time:  1/14/11 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  01/13/2011

*[signature]*
Judge's signature

GEORGE FOLEY, Jr., U.S. MAGISTRATE JUDGE
*Printed name and title*